UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

Eastern District of Kentucky
F I L E D
DEC 2 1 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

HILDA L. SOLIS, Secretary of Labor, )
United States Department of Labor, )
                                                )
        Plaintiff           )
                                                )
v.                                                 )   Civil Action No.: 07:06-CV-34
                                                )
STANLEY OSBORNE,           )
                                                )
        Defendant        )

## AGREED ORDER

This matter having come before the Court upon notice that the parties have negotiated an agreement which resolves the Plaintiff's Motion for Order of Contempt, the Court having reviewed the agreement between the parties and being otherwise sufficiently advised, HEREBY FINDS AS FOLLOWS:

       1.     The Defendant, Stanley Osborne, willfully violated the requirements of this Court's Injunction entered on May 23, 2007, by failing to pay civil penalties assessed by the Plaintiff at the Whitnick & P Coal Co., LLC Mine No. 1, a mine where the Defendant acted as an operator or agent, as defined by the Federal Mine Safety and Health Mine Act, 30 U.S.C. § 801, et. Seq. (hereinafter the Mine Act).

       2.     The Defendant, Stanley Osborne, willfully violated the terms of this Court's Injunction entered on May 23, 2007, by failing to post a cash performance bond in the amount of $20,000.00 payable to the order of the U.S. Department of Labor, MSHA, prior to becoming an operator or agent at said mine and, thereby, was in contempt of the Court's Order.

3. The defendant, Stanley Osborne, willfully violated the terms of this Court's Injunction entered on May 23, 2007, when on July 21, 2012 he and Mike Daugherty entered a mine that was subject to a Section 104(b) closure order issued by MSHA and removed equipment which was a knowing and willful violation of that closure order..

Premises considered the Court enters the following Orders.

Ordered that the Defendant, Stanley Osborne, is found in contempt of this Court's Order issued May 23, 2007 and titled Agreed Judgment because of his intentional violations of that Order, as described in paragraphs 1 to 3 above.

Ordered that the Defendant, Stanley Osborne shall pay to the Plaintiff the outstanding civil penalties which were incurred at the above-referenced mine in the amount of $39,903.35, which includes accrued interest as of December 11, 2012, and any additional interest accruing thereon until payment is made. Said amount shall be paid by the Defendant on or before February 15, 2013; and

Ordered that the defendant shall pay a fine in the amount of $1000 which shall be paid no later than February 15, 2013 by check made payable to Clerk, United States District Court, Eastern District of Kentucky); and

Ordered that the Defendant's counsel shall file with Plaintiff's counsel every three months on the first day of the month, beginning on January 1, 2013 and continuing thereafter until January 1, 2014, a verified statement, signed by the Defendant under oath, listing any and all mining operations in which the Defendant is an operator or agent as those terms are defined by the Mine Act, attaching all personal federal and state income tax returns, with schedules, as they are filed with the governmental entity.

It is further Ordered that the hearing scheduled in this matter for Friday, December 21, 2012, is hereby cancelled.

The Defendant, as evidenced by his signature below, acknowledges his obligations pursuant to this Court's Injunction entered on May 23, 2007 and shall comply therewith in the future. The Defendant understands that any further violations of this Court's Injunction of May 23, 2007 or of this Order may subject him to further contempt findings by this Court.

The costs of this matter are hereby taxed to the Defendant.

HAVE SEEN AND AGREED TO:

_____
STANLEY OSBORNE, DEFENDANT

_____
BILLY R. SHELTON, ESQ.
COUNSEL FOR DEFENDANT

_____
MARY SUE TAYLOR, ESQ.
COUNSEL FOR SECRETARY OF LABOR

_____
J. DANNY C. REEVES
U.S. District Court Judge
Eastern District of Kentucky

Dated: December 21, 2012